Honorable J. Richard Creatura

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND, SEATTLE WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, SEATTLE WASHINGTON APPRENTICESHIP AND TRAINING TRUST, SEATTLE WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST, PAINTERS AND ALLIED TRADES INTERNATIONAL UNION AND INDUSTRY PENSION FUND, and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5,<br><br>Plaintiffs / Judgment Creditors,<br><br>v.<br><br>SEATTLE STRUCTURES, LLC, a Washington limited liability company, JESSE HARRISON and JANE DOE HARRISON, husband and wife and the marital community comprised thereof, DAVID BAILEY and JANE DOE BAILEY, husband and wife and the marital community comprised thereof,<br><br>Defendants / Judgment Debtors. | Case No.: 3:12-mc-05038-JRC<br><br>ORDER FOR JUDGMENT DEBTOR EXAMINATION OF JESSE HARRISON, MEMBER OF SEATTLE STRUCTURES, LLC |

Having considered Plaintiffs' Motion for Judgment Debtor Examination of Jesse Harrison, Member of Seattle Structures, LLC, and the Declaration of Michael A. Urban and good cause appearing,

Order for Judgment Debtor Exam
(Case No. 3:12-mc-05038-JRC)

**THE URBAN LAW FIRM**
**and**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425)-462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

1

IT IS HEREBY ORDERED that Jesse Harrison, Member of Defendant/Judgment Debtor Seattle Structures, LLC, appear in **Courtroom D** at **the United States District Court for the Western District of Washington, located at 1717 Pacific Avenue, Tacoma, Washington 98402**, **on the 8th day of November, 2012 at 2:30 p.m.** to be sworn in for a Judgment Debtor Examination.

IT IS FURTHER ORDERED that Jesse Harrison, Member of Defendant/Judgment Debtor Seattle Structures, LLC, appear in **Courtroom D** at **the United States District Court for the Western District of Washington, located at 1717 Pacific Avenue, Tacoma, Washington 98402**, **on the 8th day of November, 2012 at 2:30 p.m.**, and answer concerning property subject to the ownership and control of Seattle Structures, LLC.

IT IS FURTHER ORDERED that Mr. Harrison and/or Seattle Structures, LLC ("Seattle") bring with him the following documents under his control or under the control of his agents, attorneys, or accountants:

1. All financial statements prepared by or on behalf of Seattle from January 1, 2009, to the present.

2. All original monthly bank statements of Seattle from January 1, 2009, to the present.

3. All original savings account pass books, certificates of deposit, and trust certificates in the name of Seattle from January 1, 2009, to the present.

4. All original negotiable instruments and negotiable securities in the name of Seattle from January 1, 2009, to the present.

5. All evidence or other memoranda of any ownership interest of Seattle in any other corporation, partnership, unincorporated association, or any business organized or conducted for the production of income from January 1, 2009, to the present.

6. All evidence or other memoranda of any income received by Seattle from January 1, 2009, to the present, including without limitation tax returns, insurance proceeds, or repayment of loans.

Order for Judgment Debtor Exam
(Case No. 3:12-mc-05038-JRC)

**THE URBAN LAW FIRM**
and
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425)-462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

7. All evidence or other memoranda of any employer or place of work or employment of Seattle from January 1, 2009, to the present, including without limitation contracts, invoices, billings, vouchers, or payments.

8. All evidence of any ownership interest of Seattle, including without limitation bills of sale, pink slips, or any other record or title, in any motor vehicle, airplane, boat, equipment, or machinery, from January 1, 2009, to the present.

9. All evidence of any debts or repayments owed by Seattle, including without limitation those arising from loans or judgments from January 1, 2009, to the present.

10. Any and all evidence or other memoranda indicating that Seattle was either a plaintiff or a defendant in any lawsuit from January 1, 2009, to the present.

11. Any and all evidence or memoranda indicating that Seattle received any judgment, award, bequest, or devise in any lawsuit or other court action from January 1, 2009, to the present.

12. Any and all evidence or memoranda indicating any ownership interest of Seattle in any patent, invention, trade name, or copyright.

13. Any and all evidence or memoranda indicating an ownership interest of Seattle in any real property or developments on real property.

14. Any and all evidence of the sale(s) of any real or personal property of Seattle from January 1, 2009, to the present.

15. Any and all loan applications filled out by Seattle since January 1, 2009.

16. Copies of all documents evidencing the sale or transfer of any assets of Seattle from January 1, 2009, to the present.

17. Any and all documents evidencing any federal or state tax liability of Seattle.

18. All accounts receivable of Seattle from January 1, 2009, to the present.

19. Original cash disbursement journals and check registers maintained in connection with any business of Seattle from January 1, 2009, to the present.

Order for Judgment Debtor Exam
(Case No. 3:12-mc-05038-JRC)

**THE URBAN LAW FIRM**
**and**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425)-462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

3

20. Federal income tax returns of Seattle for the years 2009, 2010, and 2011.

21. All daily job logs, diaries, or foreman reports of Seattle from January 1, 2009, to the present.

22. All daily job tickets or invoices of Seattle from January 1, 2009, to the present.

23. All daily job tickets or invoices of Seattle for work performed for Seattle from January 1, 2009, to the present.

24. All canceled checks drawn on any account established in the name of Seattle from January 1, 2009, to the present.

## NOTICE TO THE JUDGMENT DEBTOR

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

Dated this 28th of September, 2012.

_____
J. Richard Creatura
United States Magistrate Judge

Submitted by:

**THE URBAN LAW FIRM**

　　/s/ Michael A. Urban
Michael A. Urban, Esq.
Washington State Bar No. 20251
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425)-462-5638 / (702) 968-8088
E-mail: murban@theurbanlawfirm.com
*Attorney for Plaintiffs / Judgment Creditors*

Order for Judgment Debtor Exam
(Case No. 3:12-mc-05038-JRC)

**THE URBAN LAW FIRM**
and
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425)-462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

4