Honorable J. Richard Creatura

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND, et al.,<br><br>Plaintiffs / Judgment Creditors,<br><br>v.<br><br>SEATTLE STRUCTURES, LLC, a Washington limited liability company, et al.,<br><br>Defendants / Judgment Debtors. | Case No.: 3:12-mc-05038-JRC<br><br>ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATION OF JESSE HARRISON, MEMBER OF SEATTLE STRUCTURES, LLC |

Having considered Plaintiffs' Ex Parte Motion to Continue Judgment Debtor Examination of Jesse Harrison, Member of Seattle Structures, LLC, and good cause appearing, it is hereby

ORDERED that Plaintiffs' Ex Parte Motion to Continue Judgment Debtor Examination of Jesse Harrison, Member of Seattle Structures, LLC, is GRANTED.

The Judgment Debtor Examination of JESSE HARRISON, Member of Defendant/Judgment Debtor Seattle Structures, LLC, currently scheduled for November 8, 2012, at 2:30 p.m., shall be continued to the 20th day of December, 2012, at 9:30 a.m., in Courtroom D at the United States District Court for the Western District of Washington, located at 1717 Pacific Avenue, Tacoma, Washington 98402, to be sworn in for a Judgment Debtor Examination. Other than the change in date, time, and place of appearance, the original Order stands.

**THE URBAN LAW FIRM**
**and**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

Order to Continue Judgment Debtor Exam
(Case No. 3:12-mc-05038-JRC)

1   This Order and the original Order for Judgment Debtor Examination of JESSE HARRISON,

2   Member of Seattle Structures, LLC, shall be personally served.

3   **<u>NOTICE TO THE JUDGMENT DEBTOR</u>**

4   **IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER,**

5   **YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT**

6   **AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE**

7   **ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

Dated this 1st of November, 2012.

_/s/ J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

Submitted by:

**THE URBAN LAW FIRM**

_____/s Michael A. Urban_____
Michael A. Urban, Esq.
Washington State Bar No. 20251
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
E-mail: murban@theurbanlawfirm.com
*Attorney for Plaintiffs / Judgment Creditors*

Order to Continue Judgment Debtor Exam
(Case No. 3:12-mc-05038-JRC)

**THE URBAN LAW FIRM**
and
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

2